ROBINSON-SHORE DEVELOPMENT CO., PLAINTIFF-RE-
SPONDENT, v. WILLIAM R. GALLAGHER, *ET AL.*, DE-
FENDANTS-PETITIONERS.

See same case below: 45 *N. J. Super.* 507.

*Mr. Paul J. Farley, Mr. M. Milton Singer* and *Mr. Julius Waldman* for the petitioners.

*Messrs. Hermann, Melnik & Lowengrub* for the respondent.

September 16, 1957.   Granted.

NORMAN LIGHTHISER, *ET AL.*, PLAINTIFFS-PETI-
TIONERS, v. LOWELL WEBSTER, *ET AL.*, DEFEND-
ANTS-RESPONDENTS.

*Mr. Charles J. Kahwaty* and *Mr. Harry Chashin* for the petitioners.

*Mr. J. Chester Massinger* and *Mr. Louis Santorf* for the respondents.

September 16, 1957.   Denied.